# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUCINDA A. KLUTH, | )<br>) |
| Plaintiff, | )<br>) NO.  CV-10-3063-CI |
| v. | )<br>) **JUDGMENT IN A** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) **CIVIL CASE**<br>) |
| Defendant. | ) |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED: December 21, 2011

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk